UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                      Chapter 11

CET RACING, LLC,                            Case No. 3:09-bk-02434-JAF

　　　　　Debtor.
_____/

## NOTICE OF APPEARANCE OF ATTORNEY

PLEASE TAKE NOTICE that the undersigned hereby gives notice of her appearance on behalf of Suddath Relocation Systems of Jacksonville, Inc. d/b/a Suddath Relocation Systems, a creditor, and copies of pleadings, motions, and other papers should be served on the undersigned.

Joanna K. Aman, Esquire

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **Notice of Appearance of Attorney** has been furnished via regular U.S. Mail, on this 13th day of April, 2009, to the parties on the service list below.

Joanna K. Aman, Esquire
Fla. Bar No. 953474
815 South Main Street
Jacksonville, FL 32207
Phone: (904) 390-7120
Fax: (904) 390-7134
jaman@suddath.com

### SERVICE LIST

**Elena L. Escamilla**
United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32806

**Kenneth B. Jacobs**
**Jason B. Burnett**
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202