UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

CET RACING, LC, et al.,

Case Nos. 3:09-bk-2324-JAF
And 3:09-bk-2439-JAF

Chapter 11

Jointly Administered Under
Case No. 3:09-bk-2434-JAF

Debtors.
_____/

## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF PLEADINGS AND OTHER PAPERS

PLEASE TAKE NOTICE THAT:

Berger Singerman, P.A., as proposed counsel for Official Committee of Unsecured Creditors (the "Committee") for the estates of CET Racing, LC and CET Diesel, LLC ("CET" or the "Debtors"), files this *Notice of Appearance and Demand for Service of Pleadings and Other Papers*, pursuant to 11 U.S.C. § 1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the Clerk place counsel listed below in the matrix, CM/ECF listing and all other list of creditors so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case be served upon the following attorneys at the addresses below:

| Douglas A. Bates, Esq.<br>Berger Singerman, P.A.<br>200 South Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Tel: (305) 755-9500 Fax: (305) 714-4340<br>dbates@bergersingerman.com | Brian G. Rich, Esq.<br>Berger Singerman, P.A.<br>125 South Gadsden Street, Suite 300<br>Tallahassee, FL 32301<br>Tel: (850) 561-3010 Fax: (850) 561-3013<br>brich@bergersingerman.com |
|---|---|

2672378-1

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance and Demand for Service of Pleadings and Other Papers* was served in accordance with Local Rule 1007-2 via U.S. Mail, postage prepaid to those parties listed on the attached mailing matrix on this 30th day of March, 2010.

BERGER SINGERMAN
Counsel for the Committee
200 South Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: */s/ Douglas A. Bates*
    Douglas A. Bates
    Florida Bar No. 0791431
    dbates@bergersingerman.com
    Brian G. Rich
    Florida Bar No. 038229
    brich@bergersingerman.com

```
Label Matrix for local noticing          Robert Altman                              Joanna K. Aman
113A-3                                   AFD                                        815 South Main Street
Case 3:09-bk-02434-JAF                   5256 Silver Lake Dr                        Jacksonville, FL 32207-9050
Middle District of Florida               Palatka, FL 32177-8524
Jacksonville
Tue Mar 30 11:41:50 EDT 2010

BSR Products, Inc.                       Jacob A Brown                              Jason B. Burnett
4030 Concord Pkwy                        Akerman Senterfitt                         GrayRobinson, P.A.
Concord, NC 28027-5024                   50 North Laura Street                      50 N. Laura Street, Suite 1100
                                         Suite 2500                                 Jacksonville, FL 32202-3611
                                         Jacksonville, FL 32202-3646


CDOC                                     CET Diesel Investors, Inc.                 CET Diesel, Inc.
1 Cleaveland St., Suite 900              11809 Hinson Rd., Ste 300                  8601 Youngerman Ct.
Gordonsville, VA 22942-7577              Little Rock, AR 72212-3469                 Jacksonville, FL 32244-8926



CET RACING, LC                           CET Racing, Inc.                           Aaron R. Cohen
c/o Albert H. Mickler, Esq.              8601 Youngerman Ct.                        P.O. Box 4218
Attorney for Debtor                      Jacksonville, FL 32244-8926                Jacksonville, FL 32201-4218
5452 Arlington Expressway
Jacksonville, FL 32211-6860


Combustion Engine Technologies, Inc.     Cornerstone Supply, Inc.                   DJD Capital, LLC
c/o Robert D. Wilcox, Esquire            5860 Old Timuquana Rd., Ste 1              300 East 3rd St., Ste 1307
4190 Belfort Road, Suite 315             Jacksonville, FL 32210-7887                Little Rock, AR 72201-1674
Jacksonville, FL 32216-1460


Derek Jordan Motorsport Consultant       Electrical Solutions of Northeast Florid   Elena L Escamilla
7651 Gate Parkway, Apt. 1409             132 Masters Dr.                            United States Trustee
Jacksonville, FL 32256-4814              S. Augustine, FL 32084-8400                135 W Central Blvd  Suite 620
                                                                                    Orlando, FL 32801-2440


EuroFluids, Inc.                         Firstair Worldwide Logistics, Ltd.         Fountain Powerboats, Inc.
8066 NW 67th St.                         Unit 2002 Redwood House                    1653 Whichards Beach Rd.
Miami, FL 33166-2730                     Challenge Rd.                              P.O. Drawer 457
                                         Ashford Middx, England TW151AX             Washington, NC 27889-0457


Franklin Knobel                          Franklin Knobel                            Christopher T Harris
351 East 84th St. Apt. 21 D              c/o Baker & Hostetler, LLP                 Vople Bajalia Wickes Rogerson & Wachs
New York, NY 10028-4457                  P.O. Box 112                               EverBank Plaza - 7th Floor
                                         Orlando, FL 32802-0112                     501 Riverside Avenue
                                                                                    Jacksonville, FL 32202-4934


J.B. Mathew Co.                          J.C. Stanford & Son, Inc.                  JGM Holdings, LLC
11590 Davis Creek Court                  5666 Summerall Rd.                         c/o Jacob A. Brown, Esq.
Jacksonville, FL 32256-3003              Jacksonville, FL 32216-5902                50 North Laura Street, Suite 2500
                                                                                    Jacksonville, FL 32202-3646


Kenneth B Jacobs                         Jason Burnette                             Jill E Kelso
GrayRobinson, P.A.                       GrayRobinson P.A.                          United States Trustee
50 North Laura Street, Suite 1100        50 North Laura Street, Ste 1100            135 West Central Boulevard Suite 620
Jacksonville, FL 32202-3611              Jacksonville, FL 32202-3611                Orlando, FL 32801-2440
```

Keneth B. Jacobs
GrayRobinson P.A.
50 North Laura Street, Ste 1100
Jacksonville, FL 32202-3611

Kinetic Racing Technologies
64 Roxboro Dr.
Palm Coast, FL 32164-6920

Kirsten Fleugler
4327 Manayunk Ave.
Philadelphia, PA 19128-4930

Larsen Sails, Inc.
1041-A 17th Ave.
Santa Cruz, CA 95062-3070

Martha Putnam Sites
c/o Robert Thielhelm
Baker & Hotstetler, LP
SunTrust Center, Suite 2300
200 South Orange Ave.
Orlando, Florida 32801-3410

McMaster - Carr Supply Co.
P.O. Box 44449
Atlanta, GA 30336-1449

Albert H. Mickler
5452 Arlington Expressway
Jacksonville, FL 32211-6800

Pierce and Associates, PL
800 N. Ferncreek Ave.
Orlando, FL 32803-4127

Leanne McKnight Prendergast
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202-4494

Robert Altman, Receiver
5256 Silver Lake Drive
Palatka, FL 32177-8524

Roehig Engineering, Inc.
100 Lexington Parkway
Lexington, NC 27295-8524

Skycraft Parts & Surplus, Inc.
2245 W. Fairbanks Ave.
Winter Park, FL 32789-4509

Sparco Motor Spirit, Inc.
1852 Kaiser Ave.
Irving, CA 92614-5708

Suddath Van Lines, Inc.
8743 Western Way
Jacksonville, FL 32256-0365

Swink, Jim
11809 Hinson Road, Suite 300
Little Rock, AR 72212-3469

United States Trustee
c/o Jill E. Kelso
135 West Central Blvd. Suite 620
Orlando, FL 32801-2440

United States Trustee - JAX 11
135 W Central Blvd, Suite 620
Orlando, FL 32801-2440

United States Trustee - JAX
135 W. Central Blvd, Suite 620
Orlando, FL 32801-2440

Robert D Wilcox
Wilcox Law Firm
Enterprise Park
4190 Belfort Road, Suite 315
Jacksonville, FL 32216-1460

William K. Clark
2077 Apopka Blvd.
Apopka, FL 32703-7736

Wurth, USA
c/o Johnson, Morgan & White
6800 Broken Sound Parkway
Boca Raton, FL 33487-2721

Yale Lift Trucks of Florida & Georgia
P.O. Box 26093
Tampa, FL 33623-6093

End of Label Matrix
Mailable recipients    51
Bypassed recipients     0
Total                  51